ORIGINAL

RECEIVED
OVER THE COUNTER

AUG 24 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) BearingPoint, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

07-631 C

Name of the attorney of record (See RCFC 83.1(c)): Jonathan S. Aronie

Firm Name: Sheppard Mullin, Richter & Hampton, LLP

Post Office Box:

Street Address: 1300 Eye Street, NW, 11th Floor East

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: (202) 218-0039 & (202) 218-0020

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 4

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O T

See attached sheet for three-digit codes.

Amount Claimed: $ 19,842,777

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.