ORIGINAL

FILED
AUG 2 4 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

BEARINGPOINT, INC.

Plaintiff

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No. 07-631 C

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, BearingPoint, Inc. ("BearingPoint" or the "Company"), through undersigned counsel, hereby submits its Notice of a Directly Related Case ("Notice"). The previous case filed by the Company, *BearingPoint, Inc. v. United States*, No. 06-675C, was assigned to Judge Thomas C. Wheeler, who dismissed the Complaint for lack of subject matter jurisdiction, as requested by BearingPoint. The Complaint accompanying this Notice involves the same parties, the same contract, and is based on the same and similar claims as the previous action. *See* RCFC 40.2(a)(1)(A)-(B). Assignment of the case to Judge Thomas C. Wheeler, who is already familiar with the action, would conserve judicial resources and promote an efficient determination of the action. *See id.* at 40.2(a)(4).

Respectfully Submitted,

Jonathan S. Aronie
Attorney for BearingPoint, Inc.

1300 I Street, NW, 11th Fl., East
Washington, DC 20005-3314
Tel: (202) 218-0039
Fax: (202) 218-0020

Date: August 24, 2007

Of Counsel:

Louis D. Victorino
Keith R. Szeliga
Marko W. Kipa
Sheppard Mullin Richter & Hampton LLP

Domingo Maradiegue
BearingPoint, Inc.