ORIGINAL

FILED
AUG 2 4 2007
U.S. COURT OF
FEDERAL CLAIMS

**RCFC 7.1 DISCLOSURE STATEMENT**

RCFC 7.1 requires "[a] nongovernmental corporate party to an action or proceeding in [the United States Court of Federal Claims] . . . [to] file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation."

07-631 C

On behalf of BearingPoint, Inc., undersigned counsel certifies, to the best of his knowledge and belief, that BearingPoint, Inc. does not have a parent corporation. Undersigned counsel further certifies, to the best of his knowledge and belief, that Ariel Capital Management, LLC, 200 East Randolph Drive, Suite 2900, Chicago, Illinois 60601, is the only publicly held corporation that owns 10% or more of the stock of BearingPoint, Inc.

Respectfully Submitted,

Jonathan S. Aronie
Attorney for BearingPoint, Inc.

1300 I Street, NW, 11th Fl., East
Washington, DC 20005-3314
Tel: (202) 218-0039
Fax: (202) 218-0020

Date: August 24, 2007

Of Counsel:

Louis D. Victorino
Keith R. Szeliga
Marko W. Kipa
Sheppard Mullin Richter & Hampton LLP

Domingo Maradiegue
BearingPoint, Inc.