IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-631C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Franklin E. White, Jr., as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Franklin E. White, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11034
Washington, D.C. 20530
Phone: (202) 307-6462
Fax: (202) 514-7969
E-mail: Franklin.White@usdoj.gov

Attention: Classification Unit,
8th Floor

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division

Dated: September 13, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of September, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Franklin E. White, Jr.