# In the United States Court of Federal Claims

No. 07-631C

(Filed: November 9, 2007)

****************************************** *
*
BEARINGPOINT, INC., *
*
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

**REMAND ORDER**

Defendant has filed a motion to stay proceedings in this matter for the purpose of remanding to the General Services Administration ("GSA") to obtain a Contracting Officer's final decision. Plaintiff opposes Defendant's motion.

Pursuant to RCFC 52.2 and 41 U.S.C. § 605(c)(5), the Court GRANTS Defendant's motion. GSA's Contracting Officer shall issue a final decision within 40 days, on or before December 19, 2007. See United Partition Sys., Inc. v. United States, 59 Fed. Cl. 627, 641-44 (2004). This time period will not be extended absent a showing of unforeseen and extraordinary circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge