IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-631C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S TRANSMITTAL OF THE
GENERAL SERVICES ADMINISTRATION CONTRACTING OFFICER'S
FINAL DECISION ISSUED PURSUANT TO THE COURT'S REMAND ORDER

Pursuant to the Court's order dated November 9, 2007, and Rule 52.2(b)(3) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits the attached December 19, 2007 contracting officer's final decision issued by the United States General Services Administration in accordance with this Court's remand order. We note that Rule 52.2(b)(4) provides a potentially applicable post-remand procedure related to ascertaining the parties' views regarding further proceedings. Regardless of whether the Court determines that procedure to be applicable in this case, we request that the Court provide a deadline for BearingPoint to inform the Court whether it intends to challenge the GSA's final decision, and, if so, whether it intends to file an amended complaint in this Court in lieu of filing an appeal in the board of contract appeals.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6462
Fax: (202) 514-7969

December 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 20, 2007, a copy of "DEFENDANT'S TRANSMITTAL OF THE GENERAL SERVICES ADMINISTRATION CONTRACTING OFFICER'S FINAL DECISION ISSUED PURSUANT TO THE COURT'S REMAND ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Franklin E. White Jr.

FRANKLIN E. WHITE, JR.