# In the United States Court of Federal Claims

No. 07-631C

(Filed: December 21, 2007)

```
*************************************** *
                                        *
BEARINGPOINT, INC.,                     *
                                        *
                                        *
                  Plaintiff,            *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
*************************************** *
```

**ORDER**

On November 9, 2007, the Court remanded Plaintiff's claim to the General Services Administration ("GSA"), and ordered the GSA's Contracting Officer to issue a final decision on or before December 19, 2007. In light of the Contracting Officer's decision, and in accordance with RCFC 52.2(b)(4), the Court directs Plaintiff to file a notice on or before January 22, 2008, indicating whether further proceedings are necessary before this Court, and if so, what those proceedings should be. If Plaintiff wishes to challenge the GSA's final decision, Plaintiff may file an amended complaint on or before January 22, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge