# In the United States Court of Federal Claims

No. 07-631C

(Filed: January 2, 2008)

```
**************************************** *
                                         *
BEARINGPOINT, INC.,                      *
                                         *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**ORDER**

On December 27, 2007, counsel for Plaintiff filed with the Court a notice indicating that further proceedings are necessary in the above-captioned case, pursuant to the Court's Order issued on December 21, 2007. To discuss the Court's December 21 Order, counsel for all parties are requested to participate in a telephonic conference to be held on the record on January 3, 2008 at 11:00 AM.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge