**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BEARINGPOINT, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 07-631(C)**<br>**(Judge Wheeler)** |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56(c) of the Rules of United States Court of Federal Claims, Plaintiff, BearingPoint, Inc., respectfully requests that partial summary judgment be granted on the purely legal issues that (1) DOI's improper termination for default of Task Order 3 has been converted into a termination for convenience (2) the Blanket Purchase Agreement ("BPA") is not a contract subject to termination for default or convenience or, in the alternative, (3) DOI's improper termination for default of the BPA has been converted into a termination for convenience. As set forth in Plaintiff's Memorandum Law in Support of its Motion for Partial Summary Judgment, which is incorporated herein, there is no genuine issue as to any material fact that precludes judgment in Plaintiff's favor as a matter of law.

Respectfully submitted,

__/s/ Jonathan S. Aronie____________
Jonathan S. Aronie
SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
1300 I Street, NW
11th Floor, East
Washington, DC 20005-3314
Tel: (202) 218-0039
Fax: (202) 218-0020

Date: January 14, 2008

Attorney for BearingPoint, Inc.

Of Counsel:

Louis D. Victorino
Christopher M. Loveland
Keith R. Szeliga
Marko W. Kipa
SHEPPARD MULLIN RICHTER
& HAMPTON LLP

Domingo Maradiegue
BEARINGPOINT, INC.

**CERTIFICATE OF FILING**

I hereby certify that on January 14, 2008, a copy of "PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT," "PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT," "PLAINTIFF'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT," and a proposed "ORDER" were filed electronically. I understand that notices of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Jonathan S. Aronie________
JONATHAN S. ARONIE
ATTORNEY FOR BEARINGPOINT, INC.