**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BEARINGPOINT, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 07-631(C)**<br>**(Judge Wheeler)** |

**ORDER**

Having considered the Plaintiff's Motion for Partial Summary Judgment, Defendant's Opposition thereto, and all other pleadings and documents properly before this Court, it is hereby

ORDERED that the Plaintiff's Motion for Partial Summary Judgment is GRANTED on Counts I, III and X of the First Amended Complaint, and it is further

ORDERED that the U.S. Department of Interior's ("DOI") improper termination of Plaintiff's Task Order 3 has been converted into a termination for convenience; and it is further

ORDERED that DOI's termination of Plaintiff's Blanket Purchase Agreement ("BPA") No. 73873 was improper because a BPA is not a contract.

Dated this ____ day of ____________________, 2008.

BY THE COURT:

_____________________________
THOMAS C. WHEELER, JUDGE
U.S. COURT OF FEDERAL CLAIMS