IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-631C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 25-day enlargement of time, to and including February 25, 2008, within which to file its response to the First Amended Complaint that was filed by plaintiff BearingPoint, Inc. ("BearingPoint") on January 11, 2008. Pursuant to RCFC 15(a), our response to the amended complaint is currently due on January 31, 2008. This is our first request for an enlargement of time. Defendant's counsel has discussed this request with plaintiff's counsel, who represented that plaintiff consents to the requested enlargement.

The additional time requested is necessary to provide the Government sufficient time to prepare its response to BearingPoint's lengthy amended complaint while also permitting adequate time for the Government to respond to BearingPoint's pending motion for partial summary judgment, which was filed on January 14, 2008 – three days after the amended complaint was filed. As the Government's response to BearingPoint's summary judgment motion is due on February 14, 2008, counsel will need to postpone much of the work necessary to complete and file the Government's answer until after the Government's response to the motion for partial summary judgment is filed. As was discussed during the January 3, 2008

telephonic status conference, the parties and the Court generally view the argument presented in BearingPoint's motion for partial summary judgment as a "threshold" issue in this case. As such, the Government's delay in filing its response to the complaint will not prejudice BearingPoint, or result in actual delay in the case, because the Government's response would still be filed before the completion of the briefing relating to BearingPoint's motion for partial summary judgment.

## CONCLUSION

For the foregoing reasons, defendant respectfully requests that the Court grant this un-opposed motion for an enlargement of time of 25-days, to and including February 25, 2008, within which the Government is required to file its response to BearingPoint's amended complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6462
Fax: (202) 514-7969

Attorneys for Defendant

January 22, 2008

CERTIFICATE OF FILING

I hereby certify that on January 22, 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Franklin E. White Jr.
FRANKLIN E. WHITE, JR.