# In the United States Court of Federal Claims

No. 07-631C

(Filed: January 23, 2008)

```
*************************************** *
                                        *
BEARINGPOINT, INC.,                     *
                                        *
                                        *
                 Plaintiff,             *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                 Defendant.             *
                                        *
*************************************** *
```

**ORDER**

On January 22, 2008, counsel for Defendant filed with the Court an unopposed motion for a 25-day enlargement of time to file its response to Plaintiff's amended complaint. For good cause shown, Defendant's motion is hereby GRANTED. Accordingly, Defendant's response shall be filed by February 25, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge