IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-631C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION,
UPON BEHALF OF BOTH PARTIES, FOR ENLARGEMENTS OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a three-day enlargement of time, to and including February 28, 2008, within which to file its response to the First Amended Complaint that was filed by plaintiff BearingPoint, Inc. ("BearingPoint") on January 11, 2008. Pursuant to the Court's January 23, 2008 order, which granted our original request for 25 additional days, our response to the amended complaint is currently due on February 25, 2008. Defendant's counsel has discussed this request with plaintiff's counsel, who represented that BearingPoint consents to the requested three-day enlargement for the Government's response to the amended complaint based upon the Government's consent to a corresponding three-day enlargement for BearingPoint's reply to the Government's response to its pending motion for partial summary judgment. Pursuant to this agreement, BearingPoint's reply brief would be due on Thursday, March 6, 2008.

Although defendant's counsel has worked diligently to complete and file the United States' response to BearingPoint's lengthy amended complaint by the extended due date, last-minute computer problems within the Department of the Interior ("DOI") significantly affected

defendant's counsel's ability to timely coordinate the Government's responses with agency counsel for DOI. As a result, defendant's counsel was unable to complete a final draft of the Government's response with adequate lead time to obtain necessary supervisory review and approval prior to the current filing deadline. The additional three days requested will provide adequate time for defendant's counsel to complete and file the Government's response. Defendant's counsel understands that the three days requested upon behalf of BearingPoint is necessary to ensure that BearingPoint has adequate time to review the Government's response prior to filing its reply brief.

CONCLUSION

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargements of the due dates for the Government response to the amended complaint and BearingPoint's reply brief in connection with its motion for partial summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6462
Fax: (202) 514-7969

Attorneys for Defendant

February 25, 2008

CERTIFICATE OF FILING

I hereby certify that on February 25, 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION, UPON BEHALF OF BOTH PARTIES, FOR ENLARGEMENTS OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Franklin E. White Jr.
FRANKLIN E. WHITE, JR.