# In the United States Court of Federal Claims

No. 07-631C

(Filed: March 3, 2008)

```
*************************************** *
                                        *
BEARINGPOINT, INC.,                     *
                                        *
                                        *
                  Plaintiff,            *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
*************************************** *
```

**ORDER**

On February 25, 2008, counsel for Defendant filed an unopposed motion on behalf of both parties for a three day enlargement of time. For good cause shown, the motion is hereby GRANTED. Accordingly, Defendant's response to Plaintiff's amended complaint shall be filed by February 28, 2008, and Plaintiff's reply to Defendant's response to Plaintiff's pending motion for partial summary judgment shall be filed by March 6, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge