# In the United States Court of Federal Claims

No. 07-631C

(Filed: March 10, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| BEARINGPOINT, INC., | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**ORDER**

As agreed by the parties, oral argument on Plaintiff's motion for partial summary judgment will be held in the above-captioned case at the National Courts Building, 717 Madison Place, NW in Washington, DC on March 20, 2008, at 9:30 AM.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge