IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEARINGPOINT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-631C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO RESCHEDULE THE
JOINT PRELIMINARY STATUS REPORT TO A DATE AFTER THE
COURT DECIDES PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rules 1 and 7 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court reschedule the deadline for the Joint Preliminary Status Report ("JPSR") to a date after the Court decides the pending motion for partial summary judgment that was filed by plaintiff BearingPoint, Inc. ("BearingPoint"). As the United States' answer to BearingPoint's amended complaint was filed on February 28, 2008, the JPSR required by paragraph III of Appendix A of the RCFC is currently due to be filed by April 17, 2008.[1]

The JSPR should be rescheduled because the status of the case remains uncertain during the pendency of BearingPoint's motion for partial summary judgment. As briefly discussed at the end of oral argument upon BearingPoint's motion, given the difference between the rights and obligations of the parties where a contract has been terminated for default versus when the contract is considered terminated for convenience, the nature of further proceedings before the

[1] On April 11 and April 15, defendant's counsel discussed the JPSR with BearingPoint's counsel. Although, based upon the first conversation, defendant's counsel anticipated that this motion would be unopposed, BearingPoint's counsel later represented that BearingPoint had not determined whether it would file an opposition to this request.

Court would differ dramatically depending upon whether BearingPoint's motion is granted or denied. The differences would affect the nature of the legal and factual issues before the Court, and the likely discovery schedule. Given this uncertainty, postponing the JPSR until after the Court resolves the threshold issue raised in BearingPoint's motion would promote efficiency and would result in a JPSR that would be of better use to the Court. Defendant respectfully proposes that the Court reschedule the deadline for the JSPR for 21 days following the date of the Court's order that decides the motion for partial summary judgment.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant this motion to reschedule the deadline for the JPSR.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6462
Fax: (202) 514-7969

Attorneys for Defendant

April 16, 2008

CERTIFICATE OF FILING

I hereby certify that on April 16, 2008, a copy of "DEFENDANT'S MOTION TO RESCHEDULE THE JOINT PRELIMINARY STATUS REPORT TO A DATE AFTER THE COURT DECIDES PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Franklin E. White Jr.
FRANKLIN E. WHITE, JR.