**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **BEARINGPOINT, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 07-631(C)**<br>**(Judge Wheeler)** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO RESCHEDULE THE JOINT PRELIMINARY STATUS REPORT TO A DATE AFTER THE COURT DECIDES PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff BearingPoint, Inc. respectfully opposes the Department of Justice's (the "Department") Motion to Reschedule the Joint Preliminary Status Report ("JPSR"), and requests that the parties be permitted to conduct the early meeting of counsel and prepare and file a JPSR notwithstanding Plaintiff's pending Partial Motion for Summary Judgment.

While we agree with the Department that the proceedings before this Court "would differ dramatically depending upon whether BearingPoint's motion is granted or denied," the proceedings would not be at an end. The Rules of the Court of Federal Claims ("RCFC") provide that the JPSR is to be deferred only in the event that a dispositive motion "addressing all issues" is before the Court. *See* Appendix A to the RCFC at ¶ III.6. Because BearingPoint's pending Partial Motion for Summary Judgment does not address all of the issues before this Court, the parties should continue with their obligation to conduct the early meeting of counsel and file the JPSR.

To this end, counsel for BearingPoint invited counsel for the Department to an early meeting of counsel prior to the March 20, 2008 oral argument on BearingPoint's motion for partial summary judgment, and then again prior to the Department's current motion to reschedule

the JPSR. Further, to help facilitate the early meeting of counsel, BearingPoint prepared a draft of the JPSR and forwarded it to the DOJ on April 16, 2008. In its transmittal letter, BearingPoint again reiterated its willingness to meet at any time to conduct the early meeting of counsel. So far, the Department has been unwilling to engage in substantive dialog regarding the JPSR.

The early meeting of counsel and JPSR deadlines should proceed as contemplated and required by the RCFC. Without a ruling on the motion for partial summary judgment, it would be speculative for the parties to assume that one or more pending issues will be resolved by the Court. By delaying the JPSR, the parties are further delaying the start of discovery (should discovery ultimately become necessary) to the detriment of BearingPoint. Already, several years have passed since the Department of Interior's improper terminations. As time progresses, memories fade, compounding the difficulties BearingPoint will face in obtaining discovery and presenting its case.

Accordingly, for the foregoing reasons, BearingPoint respectfully requests that this Court DENY Defendant's Motion to Reschedule the Joint Preliminary Status Report.

Respectfully submitted,

/s/ Jonathan S. Aronie
Jonathan S. Aronie
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
1300 I Street, NW
11th Floor, East
Washington, DC 20005-3314
Tel: (202) 218-0039
Fax: (202) 218-0020

Date: April 25, 2008

Attorney for BearingPoint, Inc.

Of Counsel:

Louis D. Victorino
Christopher M. Loveland
Keith R. Szeliga
Marko W. Kipa
SHEPPARD MULLIN RICHTER
& HAMPTON LLP

Domingo Maradiegue
BEARINGPOINT, INC.

**CERTIFICATE OF FILING**

I hereby certify that on April 25, 2008, a copy of "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO RESCHEDULE THE JOINT PRELIMINARY STATUS REPORT TO A DATE AFTER THE COURT DECIDES PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT" was filed electronically. I understand that notices of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jonathan S. Aronie
JONATHAN S. ARONIE
ATTORNEY FOR BEARINGPOINT, INC.