# In the United States Court of Federal Claims

No. 07-631C

(Filed: June 19, 2008)

```
**************************************** *
                                         *
BEARINGPOINT, INC.,                      *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**SCHEDULING ORDER**

As agreed upon by counsel for the parties, the Court will conduct a telephonic scheduling conference on the record at 3:00 PM on June 25, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge