# In the United States Court of Federal Claims

No. 07-631C

(Filed: June 25, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| BEARINGPOINT, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**DISCOVERY SCHEDULING ORDER**

On June 25, 2008, the Court conducted a telephonic status conference with counsel for the parties to discuss the issues presented in the parties' June 17, 2008 Joint Preliminary Status Report. With the agreement of counsel, the Court adopts the following schedule for discovery:

1. The parties shall complete all fact discovery by March 1, 2009.

2. The parties shall disclose their respective expert reports by May 1, 2009.

3. The parties shall complete all expert discovery by July 1, 2009.

The Court will conduct a telephonic status conference with counsel for the parties on November 6, 2008, at 10:00 AM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge